IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OKSANA ZAFFARANO**                                        **PLAINTIFF**

vs.                                No. 4:19-cv-836-BSM

**SADDLE PEAK, LLC**                                      **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the **Dismissal With Prejudice** of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs. The parties respectfully request the Court retain jurisdiction over this matter for thirty (30) days for the limited purpose of enforcing the terms of the settlement.

                                         Respectfully submitted,

                                         Lydia H. Hamlet, ABN 2011082
                                         Josh Sanford, ABN 2001037
                                         SANFORD LAW FIRM, PLLC
                                         Kirkpatrick Plaza
                                         10800 Financial Centre Pkwy, Ste. 510
                                         Little Rock, Arkansas 72211
                                         Telephone: (501) 221-0088
                                         Fax: (888) 787-2040
                                         lydia@sanfordlawfirm.com
                                         josh@sanfordlawfirm.com

                                         *Attorneys for Plaintiff Oksana Zaffarano*

                                         And

Nathan A. Read
Ark. Bar No. 2012137
Amanda G. Orcutt
Ark. Bar No. 2019102
Lauren S. Grinder
Ark. Bar No. 2015229
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone:  501-688-8800
Fax:  501-688-8807
*nread@mwlaw.com*
*aorcutt@mwlaw.com*
*lgrinder@mwlaw.com*

*Attorneys for Defendant Saddle Peak, LLC*