# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**OKSANA ZAFFARNO**                                                     **PLAINTIFF**

v.                    **CASE NO. 4:19-CV-00836-BSM**

**SADDLE PEAK, LLC**                                                   **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 9], this case is dismissed with prejudice, with each party bearing its own costs and the court retaining jurisdiction for thirty days to enforce the settlement terms. Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED this 19th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE