**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**OKSANA ZAFFARNO**                                                        **PLAINTIFF**

**v.**                              **CASE NO. 4:19-CV-00836-BSM**

**SADDLE PEAK, LLC**                                                    **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of March, 2021.


                                                    _____
                                                    UNITED STATES DISTRICT JUDGE